**File Hashes for IP Address 69.122.27.123**

**ISP:** Optimum Online
**Physical Location:** Lodi, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/22/2015 01:01:07 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 02/14/2015 20:35:45 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |
| 02/03/2015 00:39:40 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |
| 01/25/2015 05:59:37 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 08/05/2014 01:41:45 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 08/05/2014 00:56:48 | 1247492A24A5E4FC9A36EAADE5308C7AFF6C49AF | Carry Me Home |

**Total Statutory Claims Against Defendant: 132**

EXHIBIT A

CNJ309