# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD | BASKING RIDGE OFFICE |
| *pjcerillolaw@comcast.net* | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| *Qualified Family Mediator per R. 1:40 | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |
| | VOICE: (908) 284-0997 | |
| | FAX: (908) 284-0915 | **REPLY TO:** |
| | | FLEMINGTON OFFICE |

June 15, 2016

**VIA ELECTRONIC FILING**
The Honorable Kevin McNulty, District Judge
Courtroom PO 03
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Malibu Media, LLC v. John Does 69.122.27.123
      Case No: 2:15-cv-02250-KM-MAH

Dear Judge McNulty:

With regard to the above referenced matter, this office filed a Motion for Default Judgment on December 14, 2015 which was to be heard on January 19, 2016. The motion is still pending. We respectfully request that the Court decide the motion so that the case may go forward.

Very truly yours,

*/s/ Patrick J. Cerillo*

Patrick J. Cerillo, Esquire

PJC/cpf
Cc:   Malibu Media, LLC
      Zenon Nowobilski, via regular mail

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.